PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Matthew Riskin Bean      **Docket Number:** 11-00191-001
    **PACTS Number:** 58630

**Name of Sentencing Judicial Officer:** HONORABLE ANITA B. BRODY
    UNITED STATES DISTRICT JUDGE

**Name of Assigned Judicial Officer:** HONORABLE JOSE L. LINARES
    UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 01/18/2011

**Original Offense:** Stalking and Aiding & Abetting

**Original Sentence:** 5 years probation (45 days of which are to be spent in a residential re-entry center (RCC)). Special conditions: Alcohol/Drug Testing and Treatment; Community Service; Continue with Education for First Two Years of Probation.

**Type of Supervision:** probation     **Date Supervision Commenced:** 01/18/11

**Assistant U.S. Attorney:** Michael L. Levy, 615 Chestnut Street, Suite 1250 Philadelphia, PA 19106 (215) 861-8699

**Defense Attorney:** Donald J. Goldberg, Ballard, Spahr, Andrews, and Ingersoll, 1735 Market Street, 1st Floor, Philadelphia, PA 19103 (215) 864-9745

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states 'You shall reside for a period of 45 days in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall not be eligible for weekend privileges. You shall pay subsistence as required by the program.' |
| | As part of his sentence, the offender was ordered to spend 45 days in confinement in a residential re-entry center (RCC). He was ordered to self-surrender to the designated RRC (Toler House) by March 4, 2011. Three days |

PROB 12C - Page 2
Matthew Bean

later on March 7, 2011, he was released due to testing positive for Tuberculosis (TB), and advised to re-enter the facility as soon as he received medical clearance.

Upon his arrival back to Toler on March 17, 2011, the offender was administered a breathalyzer, which resulted in a positive reading of .033%. He was held in the operations area for further evaluation, and administered a second breathalyzer 15 minutes later; it resulted in a positive reading of .027%. An incident report was given to the offender for Making, Possessing or Using Intoxicants.

On March 23, 2011, Toler staff conducted a random search on all residents returning from lunch. During the search, the offender was ordered to submit to a body search. A metal detector wand detected the presence of metal from his groin area. The offender was then ordered to submit to an additional pat search and an item was detected on his person. He was ordered to hand over what was in his groin area and the offender removed a Samsung cellular telephone; he later produced a Samsung phone charger. The offender received a second incident report for possession of an unauthorized item.

On March 24, 2011, the offender was discharged as a program failure.

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan Karlak
Senior U.S. Probation Officer
Date: 4/1/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 4/21/11 at 11 AM
[ ] No Action
[ ] Other

Signature of Judicial Officer

4-4-11
Date