PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Matthew Riskin Bean

Cr.: 11-00191-001
PACTS #: 58630

Name of Sentencing Judicial Officer: Honorable Anita B. Brody, United States District judge

Name of Assigned Judicial Officer: Honorable Jose L. Linares, United States District Judge

Date of Original Sentence: 01/18/11

Original Offense: Stalking and Aiding & Abetting

Original Sentence: 5 years probation (45 days of which are to be spent in a residential re-entry center). Special conditions: alcohol/drug testing and treatment; community service; continue with education for first two years of probation

Date of Violation Sentence: 05/18/11

Violation Sentence: Continued on probation (90 days of which are to be spent in a residential re-entry center). All original special conditions with the addition of mental health treatment.

Type of Supervision: Probation                          Date Supervision Commenced: 01/18/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender received an incident report, dated July 8, 2011, while at Toler House, as he was in violation of Code 309: failing to secure employment within 15 calendar days of arrival and failing to provide his employment information. Shortly after his arrival at Toler House, the offender stated he did not plan to work while at the facility. When it was explained to him that employment is a requirement of all able residents at Toler, the offender stated his employment was lined up for after his release, and therefore, did not feel it necessary to obtain employment while there. |

The undersigned was contacted by Toler staff and I advised that I did not have any issues with the offender returning to work for his father; the offender was informed of this and was told to provide the employment office with the contact information for his father's company. He was given numerous opportunities to provide the information, and failed to do so.

After the incident report was delivered, on July 8, 2011, the undersigned met with the offender and the employment specialists at Toler House on July 11, 2011. When the undersigned questioned the offender as to why he failed to provide the employment information of his father's company, he stated he was "lazy." The undersigned instructed the offender to contact his father at this time via his cell phone, and instead, he called his father's office, and obtained the information needed for the Toler staff.

U.S. Probation Officer Action:
No action to be taken at this time.

Respectfully submitted,

By:  Susan Karlak
     Senior U.S. Probation Officer
     Date:  07/12/11

*No Response is necessary unless the court directs that additional action be taken as follows:*

[  ] Submit a Request for Modifying the Conditions or Term of Supervision
[  ] Submit a Request for Warrant or Summons
[  ] Other

_____
Signature of Judicial Officer

_____
          Date